# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMUEL DAVIS ) <br> ) <br> Defendant. ) | Cr. No. 2:25-cr-20234-TLP |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Samuel Davis, FBI# 50665KA2, now being detained in the Shelby County Jail, appear before Honorable Annie T. Christoff, October 14, 2025, at 1:30am for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 29th day of September 2025.

*s/ Jermal S. Blanchard*
**Jermal S. Blanchard**
**Assistant U. S. Attorney**

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Samuel Davis, FBI# 50665KA2, appear before the Annie T. Christoff at the date and time aforementioned.

ENTERED this 3rd day of October, 2025.

s/Charmiane G. Claxton
**Honorable Charmiane G. Claxton**
**United States Magistrate Judge**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."